IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 408

| | |
|---|---|
| RICHARD MARVIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | ORDER OF RECUSAL |
| v ) | |
| ) | |
| A.G. EDWARDS, INC. EXCESS PROFIT ) | |
| SHARING DEFERRED COMPENSATION ) | |
| PLAN and WELLS FARGO & COMPANY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court upon a review of the docket sheet in this matter. After careful review of the pleadings, the undersigned has discovered a conflict which requires recusal. The court would instruct the Clerk of this court to assign another magistrate judge to this case as soon as possible.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully **RECUSES** himself in this case, and instructs the Clerk of Court to refer this matter to another magistrate judge as soon as possible.

Signed: July 6, 2012

Dennis L. Howell
United States Magistrate Judge